■ ETHAN RUBY, Appellant-Respondent, v BUDGET RENT A CAR CORPORATION et al., Respondents-Appellants, et al., Defendant. [816 NYS2d 356]—Cross appeals from amended judgment, Supreme Court, New York County (Milton A. Tingling, J.), entered February 2, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Nardelli, Gonzalez and Catterson, JJ.